[No. 51997-2-I.   Division One.   December 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON O. STEIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08069-0, Charles W. Mertel, J., entered February 10, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52486-1-I.   Division One.   December 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM TINSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02142-1, Kenneth Comstock, J. Pro Tem., entered May 24, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 52601-4-I.   Division One.   December 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BREWER BRANCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-10214-6, George T. Mattson, J., entered June 13, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52653-7-I.   Division One.   December 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. FAONE HEFA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08182-3, Robert H. Alsdorf, J., entered June 13, 2003. *Affirmed* by unpublished per curiam opinion.